IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALON MAOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREGORY MARTIN GOTTFRIED;<br>THANISTHA GOTTFRIED; NAMA<br>HATTA FOUNDATION; JOHN DOES<br>1-5; DOE ENTITIES 1-5,<br><br>    Defendants.<br>_____ | CIVIL NO. 10-00490 JMS-KSC<br><br>FINDINGS AND<br>RECOMMENDATION TO DISMISS<br>ACTION WITHOUT PREJUDICE |

FINDINGS AND RECOMMENDATION TO
DISMISS ACTION WITHOUT PREJUDICE

On April 14, 2011, the Court issued an Order Denying Plaintiff's Motion to Extend Deadline for Service of Process, directing that Plaintiff endeavor to effect service by the Court-imposed April 15, 2011 service deadline, and if he could not do so, that he consider dismissing the case without prejudice or file an appropriately supported motion to serve by publication.

On April 18, 2011, the Court held a Rule 16 Scheduling Conference. Based on the discussion with

Plaintiff's counsel at the Conference, the Court HEREBY FINDS AND RECOMMENDS that this action be dismissed without prejudice for failure to serve the Complaint in a timely manner.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, April 18, 2011



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 10-00490 JMS-KSC; MAOR V. GREGORY MARTIN GOTTFRIED, et al.; FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE

2